**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN ORMONDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:16-CV-01763-HEA |
| vs. | ) |
| | ) |
| ALLIED INTERNATIONAL CREDIT | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Ormonde and Defendant Allied International Credit Corporation hereby stipulate to dismissal of Plaintiff's action in its entirety with prejudice, and to dismissal of the putative class members' claims without prejudice, with each party to bear its own costs.

                                    **Respectfully Submitted,**

**BUTSCH ROBERTS & ASSOCIATES LLC**        **SHOOK, HARDY & BACON LLP**

By: /s/___ Christopher E. Roberts ___      By: /s/___Rebecca J. Schwartz_____
David T. Butsch #37539MO                   Rebecca J. Schwartz, MO Bar #46341
Christopher E. Roberts #61895MO            rschwartz@shb.com
231 South Bemiston Ave., Suite 260         Gregory K. Wu, MO Bar #54087
Clayton, MO 63105                          gwu@shb.com
(314) 863-5700 (telephone)                 2555 Grand Blvd.
(314) 863-5711 (fax)                       Kansas City, MO 64108
butsch@butschroberts.com                   Phone:  816-474-6550
roberts@butschroberts.com                  Fax:  816-421-5547

**Counsel for Plaintiff**

**BERMAN AND RABIN, PA**

Benjamin N. Hutnick, MO Bar #63668
bhutnick@bermanrabin.com
15280 Metcalf Avenue
Overland Park, KS 66223
Phone:  913-649-1555
Fax:  913-652-9474

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system on March 20, 2018 to all counsel of record.

/s/ Christopher E. Roberts

2